# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39500**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Joshua A. SLOAN**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 29 April 2019

————————————

*Military Judge:* Andrew Kalavanos.

*Approved sentence:* Dishonorable discharge, confinement for 4 months, and reduction to E-1. Sentence adjudged 21 February 2018 by GCM convened at Maxwell Air Force Base, Alabama.

*For Appellant:* Major Todd M. Swensen, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Captain Peter F. Kellett, USAF; Mary Ellen Payne, Esquire.

Before JOHNSON, DENNIS, and LEWIS, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c) (2016). Accordingly, the approved findings and sentence are **AFFIRMED**.[*]

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court

---

[*] We note several errors in the court-martial order with respect to the Specification of the Charge, the pleas, and the findings. Specifically, the order omits the words "on divers occasions" from the Specification; it fails to reflect Appellant pleaded "not guilty" to the words "on divers occasions" by exception; and it fails to reflect the words "on divers occasions" were withdrawn and dismissed after arraignment. We direct the publication of a corrected court-martial order to remedy these errors.